LEGALIZATION ASSISTANCE PROJECT OF the LOS ANGELES COUNTY FEDERATION OF LABOR (AFL–CIO); et al., Plaintiffs–Appellees,

v.

IMMIGRATION & NATURALIZATION SERVICE; et al., Defendants–Appellants.

Nos. 89–35345, 89–35593, 89–35613 and 89–35706.

United States Court of Appeals, Ninth Circuit.

March 31, 1995.

Before: FARRIS, PREGERSON, and FERGUSON, Circuit Judges.

### ORDER

The mandate of the United States Supreme Court certified on December 6, 1993, in *Immigration and Naturalization Service, et al. v. Legalization Assistance Project of Los Angeles County Federation of Labor, et al.,* —— U.S. ——, 114 S.Ct. 594, 126 L.Ed.2d 560, vacated the decision of this court and remanded for further consideration in light of *Heller v. Doe,* —— U.S. ——, 113 S.Ct. 2637, 125 L.Ed.2d 257 (1993) and *Reno v. Catholic Social Services, Inc.,* —— U.S. ——, 113 S.Ct. 2485, 125 L.Ed.2d 38 (1993). We remand this matter to the district court for further consideration in light of *Heller v. Doe* and *Reno v. Catholic Social Services, Inc.*